Dana M. Johnson
Wilderness Watch, Inc.
P.O. Box 9623
Moscow, ID 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org
Admitted *pro hac vice*

Rebecca K. Smith
Public Interest Defense Center, P.C.
317 East Spruce Street
P.O. Box 7584
Missoula, MT 59807
Tel: (406) 531-8133
publicdefense@gmail.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| WILDERNESS WATCH, INC., <br> Plaintiff, <br> vs. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br> Defendant. | Case No: CV 15-28-M-DLC <br><br> **STIPULATION OF DISMISSAL** |

The Parties hereby stipulate as follows:

1. Defendant has fully complied with Wilderness Watch's request for documents under the Freedom of Information Act, 5 U.S.C. § 552 et. seq. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal with prejudice of all claims in Plaintiff's March 18, 2015 Complaint.

2. Defendant agrees to pay Plaintiff's attorney's fees and costs in the lump sum total of four thousand five hundred eighteen dollars and eighty six cents ($4,518.86) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E) and/or any other statute and/or common law theory, for all attorney's fees and costs incurred by Plaintiff through the course of this litigation.

3. Defendant agrees to submit all necessary paperwork for the payment of attorney's fees and costs to the appropriate office within thirty (30) business days after this Stipulation of Dismissal is filed with the U.S. District Court for the District of Montana and after receiving all information necessary from Plaintiff for preparation of this paperwork.

Respectfully submitted this 15th day of May, 2015,

       __/s/ Dana Johnson_____
       Dana M. Johnson
       Wilderness Watch, Inc.
       P.O. Box 9623
       Moscow, ID 83843
       Tel: (208) 310-7003
       danajohnson@wildernesswatch.org


       Rebecca K. Smith
       Public Interest Defense Center, P.C.
       317 East Spruce Street
       P.O. Box 7584
       Missoula, MT 59807
       Tel: (406) 531-8133
       publicdefense@gmail.com


       _/s/ Mark Smith *via email permission*_
       Mark Steger Smith
       Assistant U.S. Attorney
       U.S. Attorney's Office
       2601 Second Ave. North
       Box 3200
       Billings, MT 59101
       Tel: (406) 247-4667
       mark.smith3@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2015, a copy of the foregoing stipulation was filed electronically through the court's CM/ECF system. An electronic mail copy has been sent to Assistant US Attorney Mark Smith at Mark.Smith3@usdoj.gov.

/s/ Dana M. Johnson
Dana M. Johnson
